No. 3319.—DURÁN GALLARDO, aplte., *v.* COLL y SOLER ET AL., apdos.—C. D. Ponce. Nov. 24, 1925. `A la moción de la parte apelada solicitando la desestimación del recurso por no haberse presentado en tiempo la transcripción ni archivado el alegato, apareciendo que la transcripción se radicó si bien después de vencido el término, antes de la notificación de la moción—regla 58 del Reglamento de este tribunal —y creyendo la corte que dadas las circunstancias concurrentes debe ejercitar su discreción para permitir al apelante que presente su alegato; *no ha lugar* a la desestimación solicitada y se concede a la dicha parte apelante el término improrrogable de cinco días para presentar su alegato.

No. 3689.—REMY LIGER, apdo., *v.* MUÑOZ MORALES y ALVAREZ TORRE, apltes.—C. D. San Juan, Disto. 2°. Nov. 24, 1925. Examinada la moción de reconsideración y habiendo la corte oído y pesado las amplias manifestaciones de los abogados de ambas partes en el acto de la vista y estudiados sus escritos y documentos acompañados a los mismos, en el ejercicio de su discreción resuelve reconsiderar y dejar como *deja sin efecto su resolución* de noviembre 10 actual desestimando la apelación y conceder como concede, de acuerdo con el artículo 140 del Código de Enjuiciamiento Civil, un nuevo término improrrogable de quince días para radicar la transcripción. El término reglamentario de diez días para archivar el alegato se considerará también improrrogable.